UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARCELO RA,<br><br>   Defendant. | Case No. 1:20-cv-01794-JLT-CDB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(Doc. 25)<br><br>**FORTY-FIVE (45) DAY DEADLINE (May 4, 2023)** |

   Plaintiff Joseph August Marsala is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

   On November 17, 2022, Defendant Marcelo Ra filed a Waiver of Service of Summons acknowledging that a response to the complaint was due within 60 days of October 20, 2022, or December 19, 2022. (Doc. 21.) Upon motion by Defendant, the Court granted a 90-day extension of time to file a responsive pleading, or by March 20, 2023. (Doc. 23, 24.)

   On March 17, 2023, Defendant filed the instant motion for a 45-day extension of time. (Doc. 25.) As grounds, the deputy attorney general states that he was assigned to this case on March 2, 2023. (Doc. 25-1.) Counsel indicates that he needs extra time to evaluate and investigate Plaintiff's allegations and claims to determine Defendant's defenses; obtain Plaintiff's CDCR

records, medical records, and other relevant documents; review these records, which may consist of thousands of pages; and meet with Defendant to prepare the responsive pleading. Within the next 45 days, counsel has deadlines in multiple, unrelated cases and several scheduled medical appointments. Thus, Defendant has demonstrated good cause for the requested extension of time.

Accordingly, it is hereby ORDERED that Defendant's second motion for an extension of time, (Doc. 25), is GRANTED. Defendant is granted leave to file a responsive pleading **within forty-five (45) days** from the current deadline, or by **May 4, 2023**.

No further extension will be granted without a timely filing and showing of good cause.

IT IS SO ORDERED.

Dated:   **March 20, 2023**

UNITED STATES MAGISTRATE JUDGE