UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARCELLO RA,<br><br>  Defendant. | Case No. 1:20-cv-01794-JLT-CDB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO INQUIRE OF AUTHENTICITY OF ATTORNEY GENERAL'S CORRESPONDENCE<br><br>(Doc. 37) |

Plaintiff Joseph August Marsala has filed a motion concerning correspondence he received from the Deputy Attorney General on or around July 3, 2023. (Doc. 37.) The document in question (attached as Exhibit A to Plaintiff's filing) is Defendant's response to the Court's order to consent to or decline magistrate judge jurisdiction. (Doc. 36.) It is the same document filed by Plaintiff on January 29, 2021, indicating his election to consent to or decline magistrate judge jurisdiction. (Doc. 5.) Defendant properly served a copy on Plaintiff in accordance with Local Rule 135 and Rule 5(a) of the Federal Rules of Civil Procedure.[1]

Plaintiff requests an extension of time to allow him an opportunity to inquire about the

---

[1] Although Plaintiff characterizes the document he received as a "consent to a change in magistrate judge in this case" (Doc. 37 at 1), the Court takes this opportunity to clarify that the a blank version of the document was served on Plaintiff at the commencement of the case, along with an introductory letter explaining that parties may consent or withhold consent without any adverse consequences. *See* Doc. 3-1.

authenticity of the document as a court order. (Doc. 37.) However, the Plaintiff need not take any further action on this filing. Therefore, his request for an extension of time is denied as moot.

Accordingly, it is hereby ORDERED that Plaintiff's motion to inquire of the Court authenticity of the attorney general's correspondence to consent/deny magistrate judge jurisdiction (Doc. 37) is DENIED.

IT IS SO ORDERED.

Dated: **July 31, 2023**

UNITED STATES MAGISTRATE JUDGE