1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JOSEPH AUGUST MARSALA,

12

Plaintiff,

13

v.

14

MARCELLO RA,

15

Defendant.

16

Case No. 1:20-cv-01794-JLT-CDB (PC)

**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

(Doc. 45)

17

Plaintiff Joseph August Marsala is a state prisoner proceeding pro se and *in forma*

18

*pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

19

On March 18, 2024, counsel for Defendant Marcello Ra filed a Stipulation for Voluntary

20

Dismissal with Prejudice. (Doc. 45.) It states the parties have "resolved this case in its entirety"

21

and that each party shall bear its own litigation costs and attorney's fees. (*Id.* at 1.) The stipulation

22

is signed and dated by Plaintiff and Krista-Denise Matsumura, counsel for Defendant Ra. (*Id.* at

23

1-2.)

24

//

25

//

26

//

27

//

28

Accordingly, this action is terminated by operation of law without further order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending motions, hearings and deadlines and to close this case.

IT IS SO ORDERED.

Dated:  __**March 19, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE

2